85 F.3d 612
 Matrix Essentials, Inc.
v.
Cosmetic Gallery, Inc., Charles Eisenberg, Larry Eisenberg,
Gullo's Family Hair Care, Barry Gourlay, Gullo's Family Hair
Care Center, Gullo's, Robert Gullo, Rick Gullo, Sal Gullo,
C&L Beauty Supply, Inc.
 NOS. 95-5012, 95-5057
 United States Court of Appeals,
Third Circuit.
 Apr 04, 1996
 
 1
 Appeal From: D.N.J., No. 92-CV-03400,
 
 870 F.Supp. 1237
 
 2
 AFFIRMED.